**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel (609) 987-0050
Fax (609) 951-0824

Attorneys for Defendant Ditech Financial LLC F/K/A Green Tree Servicing LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT CAUSLLI, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, JOHN DOES I-X,<br><br>Defendants. | Civil Action No.<br>2:15-cv-07632-KM-MAH<br><br><br>**NOTICE OF APPEARANCE OF DIANE A. BETTINO** |

Kindly enter the appearance of Diane A. Bettino, Esquire of the law firm of Reed Smith LLP, as counsel of record for Defendant Ditech Financial LLC F/K/A Green Tree Servicing LLC in the above-captioned action. Please direct all court notices and correspondence regarding this case to the undersigned.

- 2 -

                        **REED SMITH LLP**
*Attorneys for Defendant Ditech Financial LLC F/K/A Green Tree Servicing LLC*
By: <u>*s/Diane A. Bettino*</u>
      Diane A. Bettino

Dated:  June 22, 2017