Robert J Casulli Jr
5-18 Grunauer Place
Fair Lawn, NJ 07410
Tel +1 201-398-0246
rcasullijr@optimum.net

March 30, 2018

VIA OVERNIGHT SERVICE

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Court House
50 Walnut Street
Newark, NJ 07101

      RE:    **Casulli v. Ditech Financial, LLC**
               **Civil Action No.: 2:15-cv-07632**

Dear Judge Hammer:

      I am the Plaintiff, Pro Se, in the above-referenced matter. I write to advise you of the status of this matter.

      I respectfully request the Court to reopen the above refenced matter and return it to the Court's calendar. This request is two-fold. First, it does not appear that the parties will reach a mutually agreed upon settlement and release within the sixty (60) day timeframe ordered by the Court within ECF D54, filed on February 6, 2018.

      Second, it was never the Plaintiff's intention to have this cased dismissed prior to what was discussed between the parties documented by Mr. Matthews in his letter to you dated February 2, 2018, ECF D53, which states

      "After the agreement is revised **and fully executed**, the parties intend to have a stipulation of dismissal filed with the Court."

      In conclusion, I respectfully, submit this letter as "good cause" to reopen this case, extend the time to consummate the settlement with an additional sixty (60) days and schedule a Settlement Conference for mid-May.

      Respectfully submitted,

      Robert J Casulli, Jr.
      Plaintiff, Pro Se

cc:    Brian Matthews, via email
       Dianne Bettino, via email
       Honorable Kevin McNulty, U.S.D.J. via overnight